UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHAD ANDERSON (#366984)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 14-341-SDD-SCR

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated December 9, 2014. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petition under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* by a Person in State Custody filed by Chad Anderson is dismissed with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d). Further, a certificate of appealability shall be denied for the written reasons assigned.

Baton Rouge, Louisiana the 23 day of January, 2015.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 16.
[3] Rec. Doc. 17.